[No. 3651-1.    Division One.    November 8, 1976.]

FEDERATED AMERICAN INSURANCE COMPANY, *Respondent*, v. BRUCE A. MORGAN, *Defendant*, ROBERT MATTHEWS, *Appellant*, INSURANCE MANAGEMENT, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 748889, David C. Hunter, J., entered March 6, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1796-3.    Division Three.    November 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH LEONARD TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. C-7452, W. R. Cole, J., entered December 9, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1871-2.    Division Two.    November 15, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM EDWARD WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. C-754, Gerald B. Chamberlin, J., entered March 27, 1975. *Affirmed* by unpublished opinion per Price, J. Pro Tem., concurred in by Petrie, C.J., and Hale, J. Pro Tem.

[No. 2077-2.    Division Two.    November 15, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RENWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-4734, Robert J. Doran, J., entered September 4, 1975. *Affirmed* by unpublished opinion per Price, J. Pro Tem., concurred in by Petrie, C.J., and Hale, J. Pro Tem.